IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, et al.,<br>    v.<br>COUNTRYWIDE BANK, et al.,<br>_____ | No. 07-05903 JCS |
| LUZ-MARIA URZUA,<br>    v.<br>AMERICA'S SERVICING COMPANY, et al.,<br>_____ | No. 07-05906 WDB |
| LUZ-MARIA URZUA,<br>    v.<br>WORLD SAVINGS, et al.,<br>_____ | No. 07-05931 CW |
| LUZ-MARIA URZUA, et al.,<br>    v.<br>INDYMAC BANK, et al.,<br>_____ | No. 07-05932 WHA |
| LUZ-MARIA URZUA, et al.,<br>    v.<br>COUNTRYWIDE HOME LOANS, et al.,<br>_____/ | No. 07-06349 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to Magistrate Judge Joseph C. Spero to consider whether these cases are related.  Parties shall file any

1  response in opposition to or in support of relating the cases
2  within five (5) days of receipt of this Order.

Dated 1/3/08

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

        Plaintiff,

  v.

COUNTRYWIDE BANK et al,

        Defendant.
_____/

Case Number: CV07-05903 JCS
CV07-05906 WDB
CV07-05931 CW
CV07-05932 WHA
CV07-06349 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Cesar Anchante-Martinetti
3801 North Lake Rd
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3801 North Lake Rd
Merced, CA 95340

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

Dated: January 3, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California