**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 07-05903 JCS**     **Urzua v. Countrywide Bank et al**

**C 07-05906 WDB**     **Urzua v. America's Servicing Company et al**

  **I find that the above case is related to the case assigned to me.**  __X - JCS__


**C 07-05931 CW**     **Urzua v. World Savings et al**

  **I find that the above case is related to the case assigned to me.**  __X - JCS__


**C 07-05932 WHA**     **Urzua et al v. IndyMac Bank et al**

  **I find that the above case is related to the case assigned to me.**  __X - JCS__


**C 07-06349 CW**     **Urzua et al v. Countrywide Home Loans et al**

  **I find that the above case is related to the case assigned to me.**  __X - JCS__

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge **("JCS")** immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:__Jan. 14, 2008___        _____
                                Magistrate Judge Joseph C. Spero


Dated:_____          _____

                                Magistrate Judge Wayne D. Brazil


Dated:_____          _____

                                Judge Claudia Wilken


Dated:_____          _____

                                Judge William H. Alsup

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

                       Richard W. Wieking, Clerk

**DATED:** _____      **By:** _____
                               **Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** Jan. 14, 2008

**By:** *Karen L. Hom*
**Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____ (date)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, | Case Number: C07-05903 JCS |
| | Related Case Number C07-5906 JCS |
| Plaintiff, | Related Case Number C07-5931 JCS |
| | Related Case Number C07-5932 JCS |
| v. | Related Case Number C07-6349 JCS |
| COUNTRYWIDE BANK et al, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA   95340

Luz-Maria Urzua
3801 North Lake Road
Merced, CA   95340

Cesar Anchante-Martinetti
3801 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: January 15, 2008

                                                                *Karen L. Hom*
                                            Richard W. Wieking, Clerk
                                            By: Karen Hom, Deputy Clerk