United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE BANK,<br><br>　　　　Defendant. | No. C 07-05903 JSW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| LUZ-MARIA URZUA, ET AL.<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>AMERICA'S SERVICING COMPANY, ET AL,<br><br>　　　　Defendant(s). | Related Case No. C07-5906 JSW |
| LUZ-MARIA URZUA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>WORLD SAVINGS, ET AL.,<br><br>　　　　Defendant(s). | Related Case No. C07-5931 JSW |

|   |   |   |
|---|---|---|
| 1 | LUZ-MARIA URZUA, ET AL., | Related Case No. C07-5932 JSW |
| 2 | Plaintiff(s), |   |
| 3 | v. |   |
| 4 | INDYMAC BANK, ET AL., |   |
| 5 | Defendant(s). |   |
| 6 | _____/ |   |
| 7 | LUZ-MARIA URZUA, ET AL., | Related Case No. C07-6349 JSW |
| 8 | Plaintiff(s), |   |
| 9 | v. |   |
| 10 | COUNTRYWIDE HOME LOANS, ET AL., |   |
| 11 | Defendant(s). |   |
| 12 | _____/ |   |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on February 29, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference.  The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

*Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements my also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 31, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE BANK et al,<br><br>　　　　Defendant. | Case Number: C07-05903 JSW<br>Related Case Number C07-5906 JSW<br>Related Case Number C07-5931 JSW<br>Related Case Number C07-5932 JSW<br>Related Case Number C07-6349 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA   95340

Luz-Maria Urzua
3801 North Lake Road
Merced, CA   95340

Cesar Anchante-Martinetti
3801 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: January 31, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk