```
                                    FILED
                                    JAN 28 PM 12: 47

                                    CLERK U.S. DISTRICT COURT
                                    N.D. OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

    Plaintiff(s),

v.

AMERICA'S SERVICING CO., ET AL,

    Defendant(s).
_____/

No. C 07-05906 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/25/08

Signature: [signed] Luz-Maria Urzua

Counsel for pro se
(Name or party or indicate "pro se")

3

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

January 23, 2008

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Re:    URZUA v. AMERICA'S SERVICING COMPANY ET AL
       C07-05906 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and file it with the Court by **February 8, 2008.** These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

*Karen L. Hom*
By: Karen L. Hom
    Deputy Clerk

Attachments