UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA | |
| Plaintiff(s), | No. C 07-05903 JSW |
| v. | (and the following related matters) |
| COUNTRYWIDE BANK | **CLERK'S NOTICE** |
| Defendant(s). | |
| _____/ | |
| LUZ-MARIA URZUA, ET AL. | Related Case No. C07-5906 JSW |
| Plaintiff(s), | |
| v. | |
| AMERICA'S SERVICING COMPANY, ET AL, | |
| Defendant(s). | |
| _____/ | |
| LUZ-MARIA URZUA, ET AL., | Related Case No. C07-6349 JSW |
| Plaintiff(s), | |
| v. | |
| COUNTRYWIDE HOME LOANS, ET AL., | |
| Defendant(s). | |
| _____/ | |

YOU ARE HEREBY NOTIFIED that on April 4, 2008, at 9:00 a.m., immediately following the hearing on the motions to dismiss in C-07-5931 JSW and C-07-5932 JSW, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conferences **previously noticed for** February 29, 2008 , in this matter.

February 5, 2008

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA,<br><br>       Plaintiff,<br><br>v.<br><br>COUNTRYWIDE BANK et al,<br><br>       Defendant. | Case Number: C07-05903 JSW<br>Related Case Number C07-5906 JSW<br>Related Case Number C07-6349 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: February 5, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk