

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luz-Maria Urzua<br><br>C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code<br><br>Exempt,<br><br>      Libellant,<br><br>  vs.<br><br>AMERICA'S SERVICING COMPANY et. Al.<br><br>C/o P.O. BOX 60768<br><br>Los Angeles, California [90060]<br><br>      Libellee, | Case No. 07-cv-05906 JSW<br><br>VERIFIED NOTICE OF DEFAULT |

VERIFIED NOTICE OF DEFAULT

Now, by special appearance, comes Luz-Maria Urzua, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.)  I am of legal age, competent to testify and under no legal disability.

2.)  Libellant has filed an action for declaratory judgment as a result of libellee's breach of agreement.

3.)  Libellant has exhausted his administrative remedies in this

instant matter.

4.) Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

OVERVIEW OF FACTS

6.) On July 26, 2007 Libellees sent a presentment to me demanding payment of a sum certain.

7.) I conditionally accepted that presentment upon AMERICA'S SERVICING COMPANY continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

8.) I then sought to exhaust my administrative remedies.

9.) On November 21, 2007 I filed suit in UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Case number CV 07 5906 JSW with the administrative procedure attached.

10.) THE RECORD shows that AMERICA'S SERVICING COMPANY received a copy of the Order Setting Initial Case Management Conference and ADR Deadlines on January 21, 2008, see attached copy Registered Mail No. RR58 3571 086US

11.) The RECORD shows that AMERICA'S SERVICING COMPANY has refused and/or failed to appear and defend.

12.) Twenty-eight days have passed since Case CV-05906 JSW was filed.

13.) AMERICA'S SERVICING COMPANY has remained silent.

14.) AMERICA'S is not an infant or incompetent person.

15.) The RECORD shows that no request for a more definitive statement was executed by AMERICA'S SERVICING COMPANY.

16.) Federal Rules of Civil Procedure provide for default judgment by

the clerk for a failure to appear and defend [rule 55(a)].

17.) The Protest evidences AMERICA'S SERVICING COMPANY'S agreement, consent and stipulation to my position.

18.) AMERICA'S SERVICING COMPANY is in default.

19.) A default judgment by the clerk establishing AMERICA'S SERVICING COMPANY default is appropriate.

20.) A sum certain amount of 148,515,714.16 is due and owing libellant by libellee.

21.) AMERICA'S SERVICING COMPANY and/or any other interested party has three days from the verified receipt of this VERIFIED NOTICE OF DEFAULT to rebut this AFFIDAVIT item by item and line by line or be forever esstopped by default.

My yea is my yea and my nay is my nay.

Dated this 3rd day March, 2008

*[signature: Luz Maria Urgen]*
By: authorized representative
Without recourse

| Registered No. RR583571086US | | | Date Stamp |
|---|---|---|---|
| Reg. Fee | $9.50 | | 0446 VACA JAN 11 USPS 01/17/08 |
| Handling Charge | $0.00 | Return Receipt $0.00 | |
| Postage | $1.47 | Restricted Delivery $0.00 | |
| Received by | | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 | | ☐ With Postal Insurance ☐ Without Postal Insurance | |

**To Be Completed By Post Office**

OFFICIAL USE

FROM: maria Urrua
6787 Hillsview Dr.
Vacaville, CA 95688

TO: America's Servicing Co
Mr. John Stumph, CFO
PO Box 60768
Los Angeles, CA 90060-0768

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RR58 3571 086U S**
Status: **Delivered**

Your item was delivered at 6:18 AM on January 21, 2008 in LOS ANGELES, CA 90052.

( **Additional Details >** )  ( **Return to USPS.com Home >** )

**Track & Confirm**
Enter Label/Receipt Number.

( **Go >** )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( **Go >** )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                     2/29/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA<br><br>C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code Exempt,<br><br>　　　　Libellant,<br><br>　　vs.<br><br>AMERICA'S SERVICING COMPANY et. Al.<br><br>C/o P.O. BOX 60768<br><br>Los Angeles, California [90060]<br><br>　　　　Libellee, | Case No. 07-CV-05906-JSW<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

Now, by special appearance, comes Luz-Maria Urzua, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

11.)   I am of legal age, competent to testify and under no legal disability.

CERTIFICATE OF SERVICE - 1 OF 2

1  12.)   This is to certify that on March 3rd, 2008 I placed a true and
2      accurate copy of the enclosed VERIFIED NOTICE OF DEFAULT in the U. S.
3      mail with postage prepaid and addressed as follows:
4  AMERICA'S SERVICING COMPANY
5  C/o P.O. Box 60768
6  Los Angeles, California [90060]
7      With certified mail number 7006 0100 0005 6183 8793

Dated this 3rd day of March, 2008

*[signature]*

BY: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2