UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA et. al. | Case No. 07-CV-05906 JSW |
| C/o 6787 Hillsview Dr, | VERIFIED NOTICE OF DEFAULT |
| Vacaville, California Zip Code Exempt, | [F.R.C.P. 55(a)] |
| Libellant, | |
| vs. | |
| AMERICA'S SERVICING COMPANY, JOHN STUMPH, | |
| CEO et. Al. | |
| C/o P.O. Box 60768 | |
| Los Angeles, California [90060] | |
| Libellee, | |

VERIFIED NOTICE OF DEFAULT

Now, by special appearance, comes Luz-Maria Urzua, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.) I am of legal age, competent to testify and under no legal disability.

2.) Libellant has filed an action for declaratory judgment as a result of libellee's breach of agreement.

3.) Libellant has exhausted his administrative remedies in this instant matter.

4.) Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

6.) I have perfected an administrative COUNTERCLAIM procedure to exhaust my administrative remedies in this instant matter, see Notary Protest.

7.) An examination of the Notary Protest will serve to establish that AMERICA'S SERVICING COMPANY has agreed to be bound to the COUNTERCLAIM obtained through the binding arbitration process of a Notary Protest, see Notary Protest.

OVERVIEW OF FACTS

8.) On July 26, 2007 Libellees sent a presentment to me demanding payment of a sum certain.

9.) I conditionally accepted that presentment upon AMERICA'S SERVICING COMPANY'S continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

10.) I then sought to exhaust my administrative remedies.

11.) On November 21, 2007 I filed suit in UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Case number CV-07-5906 WDB with the administrative procedure attached.

12.) THE RECORD shows that AMERICA'S SERVICING COMPANY received service of summons on the 23rd day of December of 2007, see attached postal form, certified mail number 7007 1490 0000 8781 2532.

13.) The RECORD shows that AMERICA'S SERVICING COMPANY has refused and/or failed to appear and defend.

14.) Twenty-eight days have passed since Case number CV 07-5906 JSW was filed.

15.) On the 4th day of March, 2008 I sent a NOTICE OF DEFAULT to AMERICA'S SERVICING COMPANY.

16.) THE RECORD shows that AMERICA'S SERVICING COMPANY received the NOTICE OF DEFAULT on the 6th day of March 2008, see attached postal form, certified mail number 7006 0100 0005 6183 8793.

17.) Three days have passed since AMERICA'S SERVICING COMPANY received the NOTICE OF DEFAULT.

18.) AMERICA'S SERVICING COMPANY has remained silent.

19.) AMERICA'S SERVICING COMPANY is not an infant or incompetent person.

20.) The RECORD shows that no request for a more definitive statement was executed by AMERICA'S SERVICING COMPANY.

21.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend [rule 55(a)].

22.) The Protest evidences AMERICA'S SERVICING COMPANY'S agreement, consent and stipulation to my position.

23.) AMERICA'S SERVICING COMPANY is in default.

24.) A default judgment by the clerk establishing OCWEN'S default is appropriate.

25.) A sum certain amount of $148,515.714.16 is due and owing libellant by libellee.

My yea is my yea and my nay is my nay.

Dated this 12th day of March, 2008

By: authorized representative
Without recourse

VERIFIED NOTICE OF DEFAULT - 3 OF 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LUZ-MARIA URZUA<br><br>C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code<br><br>Exempt,<br><br>    Libellant,<br><br>  vs.<br><br>AMERICA'S SERVICING COMPANY, JOHN<br><br>STUMPH, CEO et. Al.<br><br>C/o P.O. Box 60768<br><br>Los Angeles, California [90060]<br><br>    Libellee, | ) Case No. 07-CV-5906 JSW<br>)<br>)<br>) **PRECIEPE TO THE CLERK**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRECIEPE TO THE CLERK**

   Now, by special appearance, comes Luz-Maria Urzua, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

   1.) I am of legal age, competent to testify and under no legal
      disability.

   2.) Kindly find enclosed a VERIFIED NOTICE OF DEFAULT and ENTRY OF

PRECIEPE - 1 OF 2

F.R.C.P. Rule 55(a) Entry provides:

When a party against whom a judgment for affirmative relirf is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

And F.R.C.P. Rule 55 (b) Judgment provides:

Judgment by default may be entered as follows:

(1) By the Clerk.
When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person.

3.) Kindly verify that libellee has refused and/or failed to answer

and/or otherwise appear and defend and then ENTER JUDGMENT BY DEFAULT

in the above captioned case.

Dated this 12th day of March, 2008

*[signature]*
By: authorized representative
Without recourse

```
                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
```

|   |   |
|---|---|
| LUZ-MARIA URZUA | ) Case No. CV-07-5906 JSW |
| C/o 6787 Hillsview Dr, | ) **CERTIFICATE OF SERVICE** |
| Vacaville, California Zip Code | ) |
| Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| AMERICA'S SERVICING COMPANY, JOHN | ) |
| STUMPH, CEO et. Al. | ) |
| C/o P.O. Box 60768 | ) |
| Vacaville, California  [90060] | ) |
| Libellee, | |

CERTIFICATE OF SERVICE

Now, by special appearance, comes Luz-Maria Urzua, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

CERTIFICATE OF SERVICE - 1 OF 2

1  2.)This is to certify that on March 12, 2008 I placed a true and accurate
2  copy of the enclosed PRECIEPE, VERIFIED NOTICE OF DEFAULT and ENTRY OF
3  DEFAULT in the U. S. mail with postage prepaid and addressed as follows:
4  AMERICA'S SERVICING COMPANY
5  JOHN STUMPH, CEO et. Al.
6  C/o P.O. Box 60768
7  Loas Angeles, California [90060]
8      With certified mail number 7007 3020 0002 8856 8800
9
10     Dated this 12 day of March, 2008
11     *[signature]*
    By: authorized representative
12     Without recourse

CERTIFICATE OF SERVICE - 2 OF 2