UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA et. al. | ) Case No. 07-CV-05906 JSW |
| | ) |
| C/o 6787 Hillsview Dr., | ) ENTRY OF DEFAULT |
| | ) [F.R.C.P. 55(a)] |
| Vacaville, California Zip Code | ) |
| Exempt, | ) |
| | ) |
| Libellant, | ) |
| | ) |
| vs. | ) |
| | ) |
| AMERICA'S SERVICING COMPANY, JOHN | ) |
| | ) |
| STUMPH, CEO et. Al. | ) |
| | ) |
| C/o P.O. Box 60768 | ) |
| | ) |
| Los Angeles, California [90060] | ) |
| Libellee, | |

**FILED**

MAR 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENTRY OF DEFAULT

Libellant in the above captioned case seeks a default judgment as libellees have failed to answer and/or otherwise appear and defend the complaint.

1.) The RECORD shows that on November 21, 2007 libellant filed suit in UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Case number CV 07 5906 WDB.

2.) THE RECORD shows that AMERICA'S SERVICING COMPANY received service of summons on the 27TH day of December 2008, by certified mail number 7007 1490 000 8781 2532.

ENTRY OF DEFAULT - 1 OF 2

3.) The RECORD shows that AMERICA'S SERVICING COMPANY has refused and/or failed to answer and/or otherwise appear and defend.

4.) Twenty-eight days have passed since Case number CV 07 5906 JSW was filed.

5.) THE RECORD shows that AMERICA'S SERVICING COMPANY received the NOTICE OF DEFAULT on the 6th day of March 2008, by certified mail number 7006 0100 0005 6183 8793.

6.) Three days have passed since AMERICA'S SERVICING COMPANY received the NOTICE OF DEFAULT.

7.) AMERICA'S SERVICING COMPANY has remained silent.

8.) AMERICA'S SERVICING COMPANY is not an infant or incompetent person.

9.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend [rule 55(a)].

10.) AMERICA'S SERVICING COMPANY is in default for refusal and/or failure to answer and/or otherwise appear and defend.

11.) A default judgment by the clerk establishing AMERICA'S SERVICING COMPANY'S default is appropriate.

12.) A sum certain amount of $148,515,714.16 is due and owing libellant by libellee.

Therefore judgment by default is hereby entered for libellant against Libellee IN THE AMOUNT OF $ 148,515,714.16 plus costs.

_____
Clerk