UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*Certified mail # 7006 0100 0005 6174-0324*

FILED
08 MAR 17 AM 11:56

|   |   |
|---|---|
| LUZ-MARIA URZUA | ) Case No. CV-07-5906 JSW |
| C/o 6787 Hillsview Dr, | ) **NOTICE OF ACCEPTANCE OF OATH OF** |
| Vacaville, California Zip Code | ) **OFFICE AND BOND** |
| Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| AMERICA'S SERVICING COMPANY, JOHN | ) |
| STUMPH, CEO et. Al. | ) |
| C/o P.O. Box 60768 | ) |
| Los Angeles, California [90060] | ) |
| Libellee, | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND

   Now, by special appearance, comes Luz-Maria Urzua, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any determinations for

1  me, legal or otherwise, including but not limited to any so called
2  "overturning of a motion". This is not a motion. This is a NOTICE. If you are
3  reading this then the presumption will operate that you have ACTUAL NOTICE of
4  the subject matter herein and by acting contrary to this NOTICE you will be
5  bound by its terms. Fail not under penalty of Law!
6  NOTICE is hereby given that:

7
   1.) I am of legal age, competent to testify and under no legal disability.
8
   2.) As the creditor and principal, I hereby formally accept the Oath of
9  Office and Bond of  MAry Ann Buckley  clerk forming a contract in
10 the common law.
11

12                                      Dated this 12th day of March, 2008
13
                                        _____
14                                       By: authorized representative
                                         Without recourse

ACCEPTANCE OF OATH AND BOND - 2 OF 2