# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 4, 2008                          **Court Reporter:**  Lydia Zinn


**CASE NO.:**  C-**7-5906 JSW (related to** C-**7-5903, C-7-5931, C-7-5932, C-7-6349**)

**TITLE:**  Luz-Maria Urzua, et. al, v.  America's Servicing Company


**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

**Not present**

**PROCEEDINGS:**     Initial CMC


**RESULTS:**     The Court deems the matter submitted.
                A written ruling shall issue.

**cc:**

Case 3:07-cv-05906-JSW   Document 18   Filed 04/04/2008   Page 2 of 2