1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA and CESAR ANCHANTE-MARTINETTI, | |
| Plaintiffs, | No. C 07-05906 JSW |
| v. | |
| AMERICA'S SERVICING COMPANY and JOHN STUMPH, | **JUDGMENT** |
| Defendants. / | |

For the reasons set forth in the Court's Order of this date dismissing this case, judgment is hereby entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

URZUA et al,

        Plaintiff,

v.

AMERICA'S SERVICING COMPANY ET AL et al,

        Defendant.
_____/

Case Number: CV07-05906 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Dated: April 15, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk